**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**BENJAMIN TURNER, ET AL** — **CIVIL ACTION NO. 13-CV-2864**

**VERSUS** — **JUDGE DRELL**

**KNIGHT TRANSPORTATION, INC., ET AL** — **MAGISTRATE JUDGE PEREZ-MONTES**

**EXHIBIT LIST**
**Jury Trial 4/18/2016**

**PARTY: JOINT**

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | IDENTIFIED | OFFERED | FILED | WITNESS |
|---|---|---|---|---|---|
| 1 | Summary of past medical expenses pursuant to Federal Rule of Evidence 1006 | 4/18/16 | 4/18/16 | 4/18/16 | |
| 2 | Medical bills from Patrick A. Juneau, III, MD | 4/18/16 | 4/18/16 | 4/18/16 | |
| 3 | Medical records from Dr. Thomas J. Rathman | 4/18/16 | 4/18/16 | 4/18/16 | |
| 4 | Medical records from Metropolitan | 4/18/16 | 4/18/16 | 4/18/16 | |
| 5 | Curriculum Vitae of Dr. Keith Mack | 4/18/16 | 4/18/16 | 4/16/16 | |
| 6 | Medical Records of Imaging Center of LA | 4/18/16 | 4/18/16 | 4/16/16 | |
| 7 | Medical Records of Turnipseed | 4/18/16 | 4/18/16 | 4/16/16 | |
| 8 | Medical Records of Causeway Interventional | 4/18/16 | 4/18/16 | 4/16/16 | |
| 9 | Curriculum Vitae of Dr. Robert Lesser | 4/18/16 | 4/18/16 | 4/18/16 | |
| 10 | Medical Records from Horace L. Mitchell, MD | 4/18/16 | 4/18/16 | 4/18/16 | |
| 11 | Curriculum Vitae of Horace L. Mitchell, MD | 4/18/16 | 4/18/16 | 4/18/16 | |
| 12 | Medical Records of Peak Performance | 4/18/16 | 4/18/16 | 4/18/16 | |
| 13 | Medical Records of Daniel J. Trahant, MD | 4/18/16 | 4/18/16 | 4/18/16 | |
| 14 | Medical Records of Patrick A. Juneau, III, MD, FAANS, FACS | 4/18/16 | 4/18/16 | 4/18/16 | |
| 15 | Curriculum Vitae of Patrick A. Juneau, III, MD, FAANS, FACS | 4/18/16 | 4/18/16 | 4/18/16 | |
| 16 | Medical Records of Lafayette Surgical Specialty Center | 4/18/16 | 4/18/16 | 4/18/16 | |
| 17 | Medical Records of Dr. Christopher Chambliss Harrod (IME) | 4/18/16 | 4/18/16 | 4/18/16 | |
| 18 | Curriculum Vitae of Dr. Christopher Chambliss Harrod | 4/18/16 | 4/18/16 | 4/18/16 | |
| 19 | Medical Bills of IME Dr. Christopher Chambliss Harrod | 4/18/16 | 4/18/16 | 4/18/16 | |
| 20 | Dr. Christopher Chambliss Harrod, prior testimony | 4/18/16 | 4/18/16 | 4/18/16 | |
| 22 | Photographs identified during Benjamin Turner’s deposition | 4/18/16 | 4/18/16 | 4/18/16 | |
| 23 | Pre-accident various family photos | 4/18/16 | 4/18/16 | 4/18/16 | |
| 24 | Post-operative photographs | 4/18/16 | 4/18/16 | 4/18/16 | |
| 25 | Photographs identified during Mr. Chhun’s deposition | 4/18/16 | 4/18/16 | 4/18/16 | |
| 27 | Witness Statements | 4/18/16 | 4/18/16 | 4/18/16 | |
| 30 | Medical Records from Gulf Regional Medicine | 4/18/16 | 4/18/16 | 4/18/16 | |
| 31 | Medical Records from Our Lady of the Lake | 4/18/16 | 4/18/16 | 4/18/16 | |
| 33 | Medical Records from Baton Rouge Imaging | 4/18/16 | 4/18/16 | 4/18/16 | |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**BENJAMIN TURNER, ET AL** — **CIVIL ACTION NO. 13-CV-2864**

**VERSUS** — **JUDGE DRELL**

**KNIGHT TRANSPORTATION, INC., ET AL** — **MAGISTRATE JUDGE PEREZ-MONTES**

**CONTINUATION OF EXHIBIT LIST**
**Jury Trial 4/18/2016**

**PARTY: JOINT**

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | IDENTENFIED | OFFERED | FILED | WITNESS |
|---|---|---|---|---|---|
| 34 | Medical Records from BRPT Lake | 4/18/16 | 4/18/16 | 4/18/16 | |
| 37 | Transcript of Dr. Patrick Juneau, III video deposition and video deposition | 4/18/16 | 4/18/16 | 4/18/16 | |
| 38 | Transcript of Dr. Keith Mack, video deposition and video deposition | 4/19/16 | 4/19/16 | 4/19/16 | |
| 39 | Transcript of Dr. Horace Mitchell, video deposition and video deposition | 4/19/16 | 4/19/16 | 4/19/16 | |
| 40 | Transcript of Dr. Robert Lesser, video deposition and video deposition | 4/20/16 | 4/20/16 | 4/20/16 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**BENJAMIN TURNER, ET AL** — **CIVIL ACTION NO. 13-CV-2864**

**VERSUS** — **JUDGE DRELL**

**KNIGHT TRANSPORTATION, INC., ET AL** — **MAGISTRATE JUDGE PEREZ-MONTES**

## CONTINUATION OF EXHIBIT LIST
**Jury Trial 4/18/2016**

**PARTY: PLAINTIFF**

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | IDENTENFIED | OFFERED | FILED | WITNESS |
|---|---|---|---|---|---|
| 41 | 3 pages of Dr. Chambliss Harrod's deposition with cover sheet | 4/20/16 | 4/20/16 | 4/20/16 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**BENJAMIN TURNER, ET AL** — **CIVIL ACTION NO. 13-CV-2864**

**VERSUS** — **JUDGE DRELL**

**KNIGHT TRANSPORTATION, INC., ET AL** — **MAGISTRATE JUDGE PEREZ-MONTES**

**CONTINUATION OF EXHIBIT LIST**
**Jury Trial 4/18/2016**

PARTY: DEFENDANT

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | IDENTENFIED | OFFERED | FILED | WITNESS |
|---|---|---|---|---|---|
| 1 | 3 pages of medical records from Dr. F. Allen Johnston | 4/20/16 | 4/20/16 | 4/20/16 | |
| 2 | Deposition of Benjamin Turner, 5/23/04 | 4/20/16 | 4/20/16 | 4/20/16 | |
| 3 | Petition & Citations from 19th Judicial District Court, docket no. 6426090, Sec. 24 | 4/20/16 | 4/20/16 | 4/20/16 | |
| | | | | | |
| | | | | | |
| 4 In Globo Proffered | Petition & citations from 19th Judicial District Court, docket no. 607624 Sec. 23 | 4/20/16 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |