# CHRISTOPHER CHAMBLISS HARROD

Bone & Joint Clinic of Baton Rouge
The Spine Center
7301 Hennesy Blvd, Ste 300
Baton Rouge, LA 70808 (work)

7425 Bocage Blvd
Baton Rouge, LA 70809 (home)

chambliss.harrod@gmail.com
Cell (504)-481-9719
Office (225)-766-0050

## EDUCATION

2011-12 **Jefferson University/Rothman Institute**
Combined Orthopaedic/Neurosurgical Spinal Surgery Fellowship
Program Directors: Alexander R.Vaccaro, M.D. & Todd J. Albert, M.D.

**Harvard Combined Orthopaedic Surgery Residency Program**
2006-2011 Thesis: "Monitoring Blood Flow at the Left Common Iliac Artery via Ultrasound During Anterior Lumbar Spine Surgery"

2002-2006 **LSUHSC-New Orleans School of Medicine**
MD Doctor of Medicine

1999-2002 **Louisiana State University**
BS Biological Sciences – *Summa Cum Laude*

## LICENSURE & CERTIFICATION

2011-Present American Board of Orthopaedic Surgery – PASS (Part I - 7/7/2011/Part II- 7/22/14)
Louisiana Full License (205085)

2011-2012 Pennsylvania Full License (MD442582, expires 12/2012)
New Jersey Full License (25MA09024300, issued 11/2011, resigned 07/31/2012)

2009-2011 Massachusetts Full License (240045, issued 03/2009, resigned 06/2011)
Massachusetts DEA MH0764604A

2006-2009 Massachusetts Limited License (L-228313)

2007 USMLE Step III (210/89 - pass)

2006 USMLE Step IICS (Pass)

2005 USMLE Step IICK (256/99 - pass)

2004 USMLE Step I (258/99 - pass)

EXHIBIT 1

## HONORS & AWARDS

| | |
|---|---|
| 2013 | Louisiana State Medical Society – Delegate, Young Physicians Council on Legislation - Alternate |
| 2012 | AO/*Spine* Adjacent Segment Disease Study Group, Chicago, May 2012. |
| 2011 | Visiting Spine Fellow, Peking University, Third Hospital Department of Orthopaedics, March-April 2011 |
| 2011 | Grand Rounds, Peking University, Third Hospital Department of Orthopaedics, "'Clearing the C-spine' in the Obtunded Trauma Patient" (3/28/11) |
| 2011 | Grand Rounds, LSUHSC-New Orleans Department of Orthopaedics, "Upper Cervical Spine Disorders and Occipitocervical Fusion" (11/19/10) |
| 2010 | Harvard Medical School Anatomy Instructor |
| 2009 | HCORP Anatomy High Score |
| 2007 | BIDMC General Surgery Intern ABSITE High Score Award |
| 2006 | LSUHSC Orthopaedic Award |
| 2006 | Medical School Rank (1/176) |
| 2005 | Alpha Omega Alpha - inducted junior year as one of 7/176 students |
| 2005 | AOA Top Junior Student Scholarship - merit scholarship for one of four students with 4.0 GPA first two years |
| 2004-2005 | Student Medical Association Scholarship - merit scholarship given to a junior medical student based on outstanding academic performance |
| 2003-2006 | LSU Board of Supervisors Scholarship |
| 2003-2004 | The Bobbie Millet Academic Scholarship |
| 2002-2003 | TOPS Honors Scholarship - merit based scholarship |
| 2000-2002 | Louisiana State University Dean's List |
| 1999 | Valedictorian, Ouachita Christian High School |

## SOCIETY MEMBERSHIPS

| | |
|---|---|
| 2012 - Pres | American Association of Orthopaedic Surgeons<br>NASS, North American Spinal Society<br>Louisiana State Medical Society<br>Capital Area Medical Society, Board Member<br>Louisiana Orthopaedic Association<br>Jefferson Orthopaedic Society |
| 2011 - Pres | Harvard Orthopaedic Alumni Association |
| 2011 - 2012 | Pennsylvania Medical Society |
| 2006 – 2011 | American Association of Orthopaedic Surgeons- Resident |
| 2009 –<br>2011 | NASS – Resident Member |
| | Massachusetts Medical Society |
| 2009-2011 | |
| | American Medical Association |
| 2002 - | |
| | American College of Surgeons<br>0 |
| | Louisiana State Medical Society<br>0 |
| | Alpha Omega Alpha |
| | Alpha Epsilon Delta, premedical honor society |
| 2004 - 2007 | Beta Beta Beta, National Biological Honor Society |
| 2002 - 2006 | Alpha Lambda Delta Honor Society |
| 2005 | National Society of Collegiate Scholars |
| 2000-2002 | |
| 2000-2002 | |
| 2000 | |
| 2000' | |

## WORK HISTORY

| | |
|---|---|
| 2012-Pres | Attending, Orthopaedic Spine Surgery, Bone and Joint Clinic of Baton Rouge, The Spine Center of Baton Rouge, Our Lady of The Lake Hospital, Baton Rouge General Hospital, The Neuromedical Center, Orthopaedic Surgery Center |
| 2011-2012 | Instructor, Thomas Jefferson University & Hospitals, Department of Orthopaedic Surgery, Philadelphia, PA. Chairman: Dr Todd Albert, MD |
| | Fellow, Rothman Institute/TJUH, Combined Orthopaedic and Neurosurgery Spine Surgery Fellowship, Philadelphia, PA. Director: Dr Alexander R. Vaccaro, MD, PhD. |
| 2006-2011 | Resident Physician (MD), Harvard Combined Orthopaedic Program, Boston, MA. Residency Director: Dr Dempsey Springfield, M.D. |
| 1999-2001, school year | Research Assistant, LSU Dept of Botany & Zoology, Baton Rouge, LA. Faculty: Dr Lowell Urbatsch, PhD. & Dr Thomas Dietz, PhD. |
| 2000, summer | Surgical Assistant, Richardson Medical Center, Rayville, LA Chief of Surgery: Dr Lester Wayne Johnson, M.D. |
| 1993-1999 | Assistant Bookkeeper, Ridge Run Inn (Convenient Store), Oak Ridge, LA Supervisor: Eugene H. Allen |
| 1997-1998, summers | Crop Inspector, Morehouse Agriculture Consultants, Mer Rouge, LA Supervisors: Barry and Dan Turner |
| 1991-1994, summers | Laborer, Circle H Farms (Family Farm), Monroe, LA Supervisor: Frederick Huenefeld |

**ORIGINAL ARTICLES**

1. Wood KB, Buttermann GB, **Harrod CC**. Operative versus Nonoperative Treatment of Thoracolumbar Burst Fractures without Neurological Deficit: Fifteen to Twenty Year Follow-up. *Journal of Bone and Joint Surgery*. 2014.

2. Kumar P, Nyirjesy S, Robinson WA, Vaccaro AR, **Harrod CC**. Surgical Treatment of Odontoid Fractures: Posterior Approach. *Seminars in Spine Surgery*. 2014.

3. Robinson WA, McCarthy KM, Vaccaro AR, **Harrod CC**. Subaxial Cervical Spine Injuries: Distraction Injuries (AO Type B). In *AOSpine Master Series*. 5th Ed. Eds Vaccaro AR and Oner. 2014. Theime Publishing.

4. Robinson W, Garon T, **Harrod CC**. Vaccaro AR. New classification and management of thoracolumbar spine injury. In *Update of Surgical Techniques in Spine Surgery*. Eds. Lee CK, Lee CS. Kim HJ. 2014. Springer. (Accepted, in press)

5. Kim SD, **Harrod CC**, Riew DK. Vertebral artery injury. Submitted to *Spine*.

6. Wood KB, **Harrod CC**, Bono CM, Harris MB, Schwab JH, Herzog J, Cha TD. A comparison of hemodynamics in the iliac artery between a flat and hyperextended position for anterior lumbar interbody fusion. Submitted to *Spine*. (3/18/13)

7. **Harrod CC**, Rihn JA, Vaccaro AR. Thoracolumbar Trauma. In *Orthopaedic Knowledge Update*. 11th Ed. Ed Cannada L & Harris MB. 2013. AAOS Publishing.

8. Watanabe K, **Harrod CC**. Surgical and Non Surgical Treatment of Sacral Fractures. In *The Spine*. Eds. Vaccaro AR, Su BW, Chiba K, Dvorak MF, Mayer HM, Rajasekaran S, Vialle L, Wang Y, Youssef MG. 2013. Jaypee Brothers Medical Publishing.

9. Garon T, Robinson WA, **Harrod CC**. Gaines Procedure for Spondyloptosis. In *Tricks of the Trade*. 3rd Ed. Eds. Vaccaro AR, Albert TJ. 2014. LWW Publishing. (accepted, in press)

10. Garon T, McCarthy KM, **Harrod CC**. Spinous Process Plating. In *Tricks of the Trade*. 3rd Ed. Eds. Vaccaro AR, Albert TJ. 2014. LWW Publishing. (accepted, in press)

11. Boykin RE, McFeely EM, Shearer D, Frank JS, **Harrod CC**, Nasreddine AY, Kocher MS. Correlation between the Child Health Questionnaire and the International Knee Documentation Committee Score in Pediatric and Adolescent Patients With an Anterior Cruciate Ligament Tear. *Am J Sports Med*. 2013 Mar: 33(2): 216-220.

12. **Harrod CC**, Banffy MB, Harris MB. Thoracolumbar spine fracture and dislocations. In Brinker MR. *Review of Orthopaedic Trauma*, 2nd Ed. Philadelphia, 2013. WB Saunders.

13. **Harrod CC**, May C, White AP. Iliac Screw Fixation. In *Lumbo-Sacral and Pelvic Procedures*. Ed. Kim D, Vaccaro A, Whang P, Kim H, Kim SD. Quality Medical Publishing. 2013.

14. **Harrod CC**, Klare C, Albert TJ. Anterior Cervicothoracic Approach. In *Master Techniques in Orthopaedic Surgery: The Spine*, 3rd Ed. Eds. Zdeblick T & Albert TJ. Lippincott Williams & Wilkins. 2013.

15. **Harrod CC**, Trimba R, Hilibrand AS. Lumbar Microdiskectomy. In *Master Techniques in Orthopaedic Surgery: The Spine*, 3rd Ed. Eds. Zdeblick T & Albert TJ. Lippincott Williams & Wilkins. 2013.

16. Radcliff KR, **Harrod CC**, Vaccaro AR. Posterior Spinal Fixation for Thoracolumbar Trauma. In *Master Techniques in Orthopaedic Surgery: The Spine*, 3rd Ed. Eds. Zdeblick T & Albert TJ. Lippincott Williams & Wilkins. 2013.

17. **Harrod CC**, Fischer DJ, Skelly AC, Hilibrand AS. Adjacent Segment Pathology following Cervical Motion Sparing Procedures or Devices Compared to Fusion Surgery: A Systematic Review. *Spine*. 2012 Oct 15;37:S96-112.

18. Anderson PA, Andersson GB, **Harrod CC**, et al. Terminology. *Spine*. 2012 Oct 15;37:S8-9.

19. Rihn JA, **Harrod C**, Albert TJ. Revision cervical spine surgery. *Orthop Clin North Am*. 2012 Jan;43(1):123-136.

20. **Harrod CC**, Albert TJ. Cervical Postlaminectomy Kyphosis, Suprajacent Atlantoaxial Stenosis with Recurrent Myelopathy: Treatment with Combined Posterior and Anterior Osteotomy via Posterior-Anterior-Posterior Approach. In *Complex Spine Cases: A Collection of Current Techniques*. Ed. Gupta MC & Vaccaro AR. 2012. Jaypee Brothers Medical Publishing.

21. Kepler CK, **Harrod CC**. Burst Fracture with Spinal Cord Injury. In *Case Files: Orthopaedics*. Eds. Toy EC, Rosenbaum AJ, Dines JS, & Roberts, T. McGraw-Hill. 2012.

22. **Harrod CC**, Simpson AK, Vaccaro AR. Anterior Thoracic Diskectomy and Corpectomy. In *Operative Techniques - Spine Surgery*. 2nd Ed. Eds. Vaccaro AR & Baron EM. 2011.

23. Simpson AK, **Harrod CC**, White AP. Lateral Lumbar Trans-Psoas Interbody Fusion. In *Techniques in Orthopaedics*. Ed. Bono CM et al. LWW. 2011.

24. **Harrod CC**, White AP, McGuire K. Multilevel Cervical Stenosis with Straight Spine. In Bono CM, Fisher C, eds. *Prove It! Evidence-Based Analysis of Common Spine Problems*. 2011.

25. **Harrod CC**, Lee JT, Hedequist DJ. Congenital Scoliosis: A Current Review. *US Musculoskeletal Review*. 2010. Vol 5.

26. Lee, JT, **Harrod CC**, White AP. Geriatric Subaxial Cervical and Upper Thoracic Spinal Fractures. In *The Geriatric Spine*. 2010.

27. **Harrod CC**, Boykin RE, Kim YJ. Epidural Pneumatosis of the Cervicothoracic Spine associated with Transient Upper Motor Neuron Findings complicating *Haemophilus Influenzae* Pharyngitis, Bronchitis and Mediastinitis. *J Pediatr Orthop*. 2010 Jul-Aug;30(5):455-9.

28. **Harrod CC**, Boykin RE, Jupiter JB. Pain and swelling after radiofrequency treatment of proximal phalanx osteoid osteoma: case report. *J Hand Surg Am*. 2010 Jun;35(6):990-4.

29. Banffy MB, Schoenfeld A, **Harrod CC**, Harris MB. Back Pain in Athletes. *Hip and Pelvic Injuries in Sports Medicine*. LWW. 2009

30. **Harrod CC**, Boykin RE, Hedequist DJ. Complications of Infection in Pediatric Spine Surgery.

*Pediatric Health*. (2009) 3(6).

31. Boykin RE, Baskies MA, **Harrod CC**, Jupiter JB. Intraoperative distraction in the upper extremity. *Tech Hand Up Extrem Surg*. 2009 Jun:13(2):75-81.

## POSTERS & PRESENTATIONS

1. Kim SD, Harrod CC, Riew DK. Vertebral artery injury. Submitted to *Cervical Spine Research Society* meeting, Orlando, FL, Dec 3-6, 2014

2. **Harrod CC**, Fischer DJ, Skelly AC, Hilibrand AS. Adjacent Segment Pathology following Cervical Motion Sparing Procedures or Devices Compared to Fusion Surgery: A Systematic Review. *State of Spine Surgery* meeting, Los Cabos, Mexico, June 22, 2013.

3. Wood KB, Butterman GB, **Harrod CC**. Operative versus Nonoperative Treatment of Thoracolumbar Burst Fractures without Neurological Deficit: Fifteen to Twenty Year Follow-up. Podium presentation at Minnesota Orthopaedic Annual Meeting, St Paul, MN, May, 10, 2013.

4. Massachusetts General Hospital Neurology/Neuroscience Grand Rounds, (Oaklander AL et al., *New England Journal of Medicine*, Case Records of the Massachussetts General Hospital: Case 7-2013: A 77-Year-Old Woman with Long-Standing Unilateral Thoracic Pain and Incontinence, *New England Journal of Medicine*, 2013 Feb: 368 (9): 853-861.)

5. Boykin RE, McFeely ED, Shearer D, Frank JS, **Harrod CC**, Nasreddine AY, Kocher MS. Correlation between the Child Health Questionnaire and the modified International Knee Documentation Committee score in adolescent patients with an anterior cruciate ligament tear. Poster presentation at the AOSSM annual meeting, Baltimore, MD July, 2012.

6. Wood KB, Butterman GB, **Harrod CC**. Operative versus Nonoperative Treatment of Thoracolumbar Burst Fractures without Neurological Deficit: Fifteen to Twenty Year Follow-up. Podium presentation at SRS annual meeting, Chicago, IL, Sept 5-8, 2012.

7. Wood KB, Butterman GB, **Harrod CC**. Operative versus Nonoperative Treatment of Thoracolumbar Burst Fractures without Neurological Deficit: Fifteen to Twenty Year Follow-up. Podium presentation at NASS annual meeting, Dallas, Tx, Oct 27-30, 2012.

8. Radcliff KR, Vaccaro AR, **Harrod CC** et al. Radiographic Classification of Cervical Stenosis. (NASS, AAOS 2013.)

## RESEARCH INTERESTS

1. Classification System for incidental dural tears during lumbar surgery. PI: Anderson, DG.
2. Apnea and death after loss of C1-2 fixation.
3. C3 translaminar screw fixation
4. Management of proximal junctional kyphosis via novel 4 rod cervicothoracic construct utilizing multilevel polyaxial cervicothoracic translaminar screw-rod fixation.
5. Novel static anterior cervical plate-screw instrumentation for reconstruction after corpectomy.

## COURSE PARTICIPANT/REVIEWER/PRESENTER/CONTINUING MEDICAL EDUCTATION

1. AO Basic Fracture Conference, Charlotte, NC, March 2009. (participant)
2. AO Spine Conference, Philadelphia, PA, April 2009. (participant)
3. Harvard Arthroplasty Course, Cambridge, MA, Oct 27-30, 2009. (attendee)
4. AO Advanced Fracture Conference, Marco Island, FL, June 2010. (participant)
5. Harvard Arthroplasty Course, Cambridge, MA, Oct 25-28, 2010. (attendee)
6. Depuy Spine Fellows Course, Raynham, MA, July 21-23, 2011. (participant)
7. Jefferson Spine Alumni Fellows Meeting, Newport, RI, July 28-30, 2011. (presenter)
8. AAOS MIS Cervical and Lumbar Techniques, Feb 10-12, 2012, St Louis, MO. (participant).
9. DePuy Spine Future Leaders Bioskills Workshop: Addressing Adult & Adolescent Scoliosis, Philadelphia, PA, March 3, 2012. (participant)
10. Synthes Pro-Disc C Cervical Total Disk Replacement Course, May 25, 2012 (attendee).
11. Synthes Spine Future Leaders Workshop: Cervicothoracic Spine Treatment Options, Philadelphia, PA, June 30, 2012 (participant).
12. Jefferson Spine Alumni Fellows Meeting, Newport, RI, July 11-13, 2012. (presenter)
13. Medtronic Balloon Kyphoplasty Course, Memphis, TN, July 27-28, 2012 (participant).
14. Endoscopic & Minimally Invasive Spine Surgery, Desert Institute Spine Center (DISC), Phoenix, AZ, July 28-Aug 4, 2012 (trainee). Anthony Yeung, course director.
15. Advanced Pediatric Deformity Course, Depuy Spine, Miami, FL, Aug 10-11, 2012, Harry Shufflebarger, course director. (invited participant)
16. ISIS Lumbar Injection Course, International Spine Intervention Society, Denver, CO, Sept 15-17, 2012. (participant)
17. AAOS Orthopaedic Knowledge Update Editorial Meeting, Chicago, IL, Nov 12, 2012.
18. *State of Spine Surgery: A Think Tank, Spine Technology and Educational Group Organization, Los Cabos, Mexico, June 20-22, 2013 (Invited Presenter).*
19. Jefferson Spine Alumni Fellows Meeting, Newport, RI, July 25-27, 2013. (presenter)
20. AO spine ABOS oral board review course, Philadelphia, PA, June 21, 2014 (participant)
21. Jefferson Spine Alumni Fellows Meeting, Newport, RI, July 25-26, 2014. (presenter)