Dr. Chambliss Harrod

IME's SMO's 11/7/2012-10/06/2014

| Date | Responsible Party | Amount Paid |
|---|---|---|
| 11/7/2012 | FARA- 4041 Essen Lane Ste. 200 Baton Rouge, LA 70809 | 1,500.00 |
| 1/2/2013 | Kings Tree Group-P O Box 2217 South Eastern, PA 19399-2217 | 1,500.00 |
| 1/24/2013 | FARA -Healthcare Mgmt. 4041 Essen Lane Ste. 200 Baton Rouge, LA 70809 | 1,500.00 |
| 6/11/2013 | Integrated Care Management 3440 Preston Ridge Rd. Ste 300 Alpharetta, GA 30005 | 1,500.00 |
| 5/2/2013 | Geico- 4000 South Sherwood Forest Blvd. Ste 403 Baton Rouge, LA 70816 | 2,000.00 |
| 5/1/2013 | Exam Works- 12001 North Central Expressway Ste. 800 Dallas, TX 75243 | 1,500.00 |
| 8/1/2013 | Jamie M. Bankston- 4000 S. Sherwood Forest Blvd. Ste. 403 Baton Rouge, LA 70816 | 2,000.00 |
| 7/29/2013 | Gisclair & Asso. - 10101 Siegen Lane Bldg. 2, Ste. C, Baton Rouge, LA 70810 | 1,500.00 |
| 8/1/2013 | FARA - 4041 Essen Lane Ste. 200 Baton Rouge, LA 70809 | 1,500.00 |
| 6/4/2013 | C N A Insurance- P O Box 8317 Chicago, IL 60680 | 1,500.00 |
| 8/1/2013 | KWBBR&H - 9456 Jefferson Hwy., Bldg 3, Ste. F, Baton Rouge, LA 70809 | 2,000.00 |
| 7/29/2013 | LRASIF- P O Box 6990, Metairie, LA 70009 | 1,500.00 |
| 7/9/2013 | John Galloway- One Shell Square 701 Poydras St., 44, New Orleans, LA 70139 | 2,000.00 |
| 7/29/2013 | Exam Works- 12001 North Central Expressway Ste. 800 Dallas, TX 75243 | 2,000.00 |
| 8/28/2013 | Forrester & Clark - 4981 Bluebonnet Blvd. Baton Rouge, LA 70809 | 2,000.00 |
| 9/11/2013 | Missouri Employers Mutual Ins., Co. P O Box 1810, Columbia, Missouri 65205 | 1,500.00 |
| 9/16/2013 | C N A Insurance- P O Box 8317 Chicago, IL 60680 | 1,500.00 |
| 10/18/2013 | Keith Gardina 9100 Bluebonnet Centre Blvd. Ste. 300, Baton Rouge, LA 70809 | 2,000.00 |
| 9/19/2013 | Jamie Bankston, 4000 South Sherwood Blvd. Ste. 403, Baton Rouge, LA 70816 | 1,500.00 |
| 10/2/2013 | Sedgwick, P O 14520 Lexington, KY 40512 | 1,500.00 |
| 11/7/2013 | FARA - 4041 Essen Lane Ste. 200 Baton Rouge, LA 70809 | 1,500.00 |
| 12/19/2013 | Duplass, Zwaubm, Bourgeois, Pfister & Weinstock, Three Lakway Ctr. 3838 N. Causeway Blvd., Metairie, LA 70002 | 2,000.00 |
| 12/4/2013 | LCI, 1123 N. Causeway Blvd. Mandeville, LA 70471 | 2,000.00 |
| 12/23/2013 | LWCC- 2237 South Acadian Thruway, Baton Rouge, LA 70808-2371 | 2,400.00 |
| 1/10/2014 | C N A Insurance- P O Box 8317 Chicago, IL 60680 | 1,500.00 |
| 1/24/2014 | Guglielmo, Marks, Schutte, Terhoeve & Love, 320 Somerlos St., Baton Rouge, LA 70802-6129 | 2,400.00 |
| 1/22/2014 | Duplass, Zwaubm, Bourgeois, Pfister & Weinstock, Three Lakway Ctr. 3838 N. Causeway Blvd., Metairie, LA 70002 | 2,000.00 |
| 2/17/2014 | LWCC- 2237 South Acadian Thruway, Baton Rouge, LA 70808-2371 | 2,400.00 |
| 3/3/2014 | Jamie Bankston, 4000 South Sherwood Blvd. Ste. 403, Baton Rouge, LA 70816 | 2,900.00 |
| 3/28/2014 | Burglass, Tankersley 5213 Airline Dr., Metairie, LA 70001-5602 | 2,400.00 |
| 4/14/2014 | LWCC- 2237 South Acadian Thruway, Baton Rouge, LA 70808-2371 | 1,500.00 |

Ex 2

Dr. Chambliss Harrod
IME's SMO's 11/7/2012-10/06/2014

| Date | Responsible Party | Amount Paid |
|---|---|---|
| 4/15/2014 | Exam Works- 12001 North Central Expressway Ste. 800 Dallas, TX 75243 | 2,400.00 |
| 4/16/2014 | C N A Insurance- P O Box 8317 Chicago, IL 60680 | 2,400.00 |
| 4/23/2014 | Case Works, 2065 Fauborg Road, Ville Platt, LA 70586 | 2,400.00 |
| 4/28/2014 | Rodney Ramsey, 1885 North 3rd, Baton Rouge, LA 70802 | 2,000.00 |
| 5/8/2014 | Zurich P O Box 968023 Schaumburg, IL 60196 | 2,400.00 |
| 5/9/2014 | Donald Smith, 6777 Jefferson Hwy., Baton Rouge, LA 70806 | 2,400.00 |
| 5/21/2014 | KWBBR&H - 9456 Jefferson Hwy., Bldg 3, Ste. F. Baton Rouge, LA 70809 | 2,000.00 |
| 5/28/2014 | Liberty Mutual, P O box 168208 Irving, TX 75016 | 2,400.00 |
| 6/4/2014 | Guglielmo, Marks, Schutte, Terhoeve & Love, 320 Somerlos St., Baton Rouge, LA 70802-6129 | 2,400.00 |
| 6/16/2014 | LaBas Law Offices 201 Rue Iberville Ste. 100, Lafayette, LA 70508 | 2,400.00 |
| 6/18/2014 | Exam Works- 12001 North Central Expressway Ste. 800 Dallas, TX 75243 | 2,400.00 |
| 6/25/2014 | Donahue, Patrick and Scott, 450 Laurel Street Ste. 1600 Baton Rouge, 70801 | 2,900.00 |
| 6/30/2014 | KWBBR&H - 9456 Jefferson Hwy., Bldg 3, Ste. F. Baton Rouge, LA 70809 | 2,400.00 |
| 7/9/2014 | Rabalais, Unland 200 Caroline Court, Covington, LA 70433 | 2,400.00 |
| 7/11/2014 | Louisiana Home Builders Asso., P O Box 3156, Baton Rouge, LA 70821-3156 | 2,400.00 |
| 8/4/2014 | Charles Chassaignac, 343 Third St., Ste. 202 Baton Rouge, LA 70801-1309 | 2,900.00 |
| 8/6/2014 | AIG P O Box 25971 Shawee Mission, KS 66225 | 2,400.00 |
| 8/11/2014 | Hammons, Sills, Adkins & Guice 2431 South Acadian Ste. 600 Baton Rouge, LA 70808 | 2,400.00 |
| 8/28/2014 | Gwendolyn Brown, 10500 Coursey Blvd. Ste. 205, Baton Rouge, LA 70816 | 2,400.00 |
| 10/1/2014 | AIG P O Box 25971 Shawee Mission, KS 66225 | 2,400.00 |
| 10/6/2014 | Brian Homza, 333 Texas Street, Ste. 1700, Shreveport, LA 71120-2260 | 2,900.00 |