Dr. Chambliss Harrod

Depositions: 12/4/2012-10/06/2014

| Date | Requesting Party | Case No. | Amount Paid |
|---|---|---|---|
| 12/4/2012 | Heller, Draper, Patrick & Horn, LLC | 11-02244 | 2,800.00 |
| 5/8/2013 | Southern National Life | | 1,500.00 |
| 11/13/2013 | Warren & Simpson | CV13-900920 | 4,000.00 |
| 11/20/2013 | Lebas Law OFfices | 13-03357 | 2,000.00 |
| 3/17/2013 | KWBBR & H | 609,927 Sec 25 19th JDC | 4,000.00 |
| 7/30/2014 | Hebbler & Giordano, LLC | 22nd JDC, #2012-12408 Div H | 2,000.00 |
| 10/6/2014 | Murphy Law Firm | 19th JDC Suit no.: 618,124 Section 22 | 1,800.00 |

Ex. 3